IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER P. GUNN

INDICTMENT

3:12cr37-LAC

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about October 1, 2009, through on or about October 31, 2009, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER P. GUNN,**

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of S.D., a minor female in the state of Nevada, and the defendant transmitted these communications with the intent to extort from S.D. things of value, that is, images and videos of S.D. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

## COUNT TWO

Between on or about October 1, 2009, through on or about October 31, 2009, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER P. GUNN,**

Returned in open court pursuant to Rule 6(f)

5-15-12
Date

_[signature]_
United States Magistrate Judge

Filed0515'12UsDcFln3PM0226

with the intent to injure, harass, and cause substantial emotional distress to S.D., used an interactive computer service and facility of interstate commerce, to engage in a course of conduct that caused substantial emotional distress to S.D., who was at that time in another state.

In violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT THREE

Between on or about October 1, 2009, through on or about November 30, 2009, in the Northern District of Florida and elsewhere, the defendant,

## CHRISTOPHER P. GUNN,

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of E.A., a minor female in the state of Texas, and the defendant transmitted these communications with the intent to extort from E.A. things of value, that is, images and videos of E.A. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

## COUNT FOUR

Between on or about October 1, 2009, through on or about November 30, 2009, in the Northern District of Florida and elsewhere, the defendant,

## CHRISTOPHER P. GUNN,

with the intent to injure, harass, and cause substantial emotional distress to E.A., used an

interactive computer service and facility of interstate commerce, to engage in a course of conduct that caused substantial emotional distress to E.A., who was at that time in another state.

In violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT FIVE

Between on or about November 1, 2009, through on or about November 30, 2009, in the Northern District of Florida and elsewhere, the defendant,

## CHRISTOPHER P. GUNN,

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of O.R., a minor female in the state of Florida, and the defendant transmitted these communications with the intent to extort from O.R. things of value, that is, images and videos of O.R. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

## COUNT SIX

Between on or about April 1, 2010, through on or about April 30, 2010, in the Northern District of Florida and elsewhere, the defendant,

## CHRISTOPHER P. GUNN,

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of S.C., a minor female in the state of Pennsylvania, and the defendant transmitted these communications with the intent to extort from S.C. things of value, that is, images and videos of S.C. in

various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

### COUNT SEVEN

Between on or about April 1, 2010, through on or about April 30, 2010, in the Northern District of Florida and elsewhere, the defendant,

### CHRISTOPHER P. GUNN,

with the intent to injure, harass, and cause substantial emotional distress to S.C., used an interactive computer service and facility of interstate commerce, to engage in a course of conduct that caused substantial emotional distress to S.C., who was at that time in another state.

In violation of Title 18, United States Code, Section 2261A(2)(A).

### COUNT EIGHT

Between on or about June 1, 2010, through on or about July 31, 2010, in the Northern District of Florida and elsewhere, the defendant,

### CHRISTOPHER P. GUNN,

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of D.R., a minor female in the state of Georgia, and the defendant transmitted these communications with the intent to extort from D.R. things of value, that is, images and videos of D.R. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

### COUNT NINE

Between on or about June 1, 2010, through on or about July 31, 2010, in the Northern District of Florida and elsewhere, the defendant,

### CHRISTOPHER P. GUNN,

with the intent to injure, harass, and cause substantial emotional distress to D.R., used an interactive computer service and facility of interstate commerce, to engage in a course of conduct that caused substantial emotional distress to D.R., who was at that time in another state.

In violation of Title 18, United States Code, Section 2261A(2)(A).

### COUNT TEN

Between on or about June 1, 2010, through on or about December 31, 2010, in the Northern District of Florida and elsewhere, the defendant,

### CHRISTOPHER P. GUNN,

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of A.G., a minor female in the state of Florida, and the defendant transmitted these communications with the intent to extort from A.G. things of value, that is, images and videos of A.G. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

### COUNT ELEVEN

Between on or about July 1, 2010, through on or about July 31, 2010, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER P. GUNN,**

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of A.R., a minor female in the state of Wisconsin, and the defendant transmitted these communications with the intent to extort from A.R. things of value, that is, images and videos of A.R. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

### COUNT TWELVE

Between on or about July 1, 2010, through on or about July 31, 2010, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER P. GUNN,**

with the intent to injure, harass, and cause substantial emotional distress to A.R., used an interactive computer service and facility of interstate commerce, to engage in a course of conduct that caused substantial emotional distress to A.R., who was at that time in another state.

In violation of Title 18, United States Code, Section 2261A(2)(A).

### COUNT THIRTEEN

Between on or about August 1, 2010, through on or about August 31, 2010, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER P. GUNN,**

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of M.D., a minor

6

female in the state of California, and the defendant transmitted these communications with the intent to extort from M.D. things of value, that is, images and videos of M.D. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

### COUNT FOURTEEN

Between on or about August 1, 2010, through on or about August 31, 2010, in the Northern District of Florida and elsewhere, the defendant,

### CHRISTOPHER P. GUNN,

with the intent to injure, harass, and cause substantial emotional distress to M.D., used an interactive computer service and facility of interstate commerce, to engage in a course of conduct that caused substantial emotional distress to M.D., who was at that time in another state.

In violation of Title 18, United States Code, Section 2261A(2)(A).

### COUNT FIFTEEN

Between on or about September 1, 2010, through on or about September 30, 2010, in the Northern District of Florida and elsewhere, the defendant,

### CHRISTOPHER P. GUNN,

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of C.K., a minor female in the state of New York, and the defendant transmitted these communications with the intent to extort from C.K. things of value, that is, images and videos of C.K. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

## COUNT SIXTEEN

Between on or about September 1, 2010, through on or about September 30, 2010, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER P. GUNN,**

with the intent to injure, harass, and cause substantial emotional distress to C.K., used an interactive computer service and facility of interstate commerce, to engage in a course of conduct that caused substantial emotional distress to C.K., who was at that time in another state.

In violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT SEVENTEEN

Between on or about February 1, 2011, through on or about March 31, 2011, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER P. GUNN,**

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of T.F., a minor female in the state of Florida, and the defendant transmitted these communications with the intent to extort from T.F. things of value, that is, images and videos of T.F. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

## COUNT EIGHTEEN

Between on or about February 1, 2011, through on or about March 31, 2011, in the

Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER P. GUNN,**

did knowingly transmit in interstate commerce, via cellular telephone and computer, a series of communications containing threats to injure the reputation of A.B., a minor female in the state of Florida, and the defendant transmitted these communications with the intent to extort from A.B. things of value, that is, images and videos of A.B. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

A TRUE BILL;

FOREPERSON

May 15, 2012
DATE

PAMELA C. MARSH
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

9